**O'MELVENY & MYERS LLP**
Daniel M. Petrocelli, CA Bar No. 97802*
dpetrocelli@omm.com
David Marroso, CA Bar No. 211655*
dmarroso@omm.com
Joseph Guzman, CA Bar No. 310493*
jguzman@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Phone   310 553-6700
Fax       310 246-6779
*Admitted pro hac vice

**HONE LAW**
Eric D. Hone, NV Bar No. 8499
ehone@hone.law
Jamie L. Zimmerman, NV Bar No. 11749
jzimmerman@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone   702-608-3720
Fax       702-703-1063

*Attorneys for Defendant Top Rank, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERENCE CRAWFORD, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TOP RANK, INC., a Nevada corporation; and Does 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00081-APG-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR TOP RANK, INC. TO RESPOND TO COMPLAINT, FILE COUNTERCLAIMS, FILE MOTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12, AND FILE ANY SPECIAL MOTIONS TO DISMISS PURSUANT TO NEVADA'S ANTI-SLAPP STATUTE**<br><br>**(First Request)** |

Plaintiff Terence Crawford ("Crawford") and Defendant Top Rank, Inc. ("Top Rank") (collectively referred to as the "Parties"), by and through their undersigned counsel, submit this Stipulation To Extend Time For Top Rank, Inc. To Respond To Complaint, File Counterclaims,

/ / /

1

1  File Motions Pursuant To Federal Rule Of Civil Procedure 12, And File Any Special Motions To
2  Dismiss Pursuant To Nevada's Anti-SLAPP Statute;

3        WHEREAS, Crawford first filed this action on January 12, 2022 in the Eighth Judicial
4  District Court, Clark County, Nevada, where it was assigned Case No. A-22-846568-B;

5        WHEREAS, Top Rank filed a petition of removal on January 15, 2022 in the United
6  States District Court, District of Nevada, where it was assigned Case No. 2:22-cv-00081;

7        WHEREAS, Top Rank was served with a copy of the complaint and summons on
8  January 24, 2022;

9        WHEREAS, pursuant to 28 U.S.C. § 1447(c), Crawford is required to file a motion to
10 remand, if any, on or before February 14, 2022, which is 30 days after the filing of Top Rank's
11 petition for removal;

12       WHEREAS, pursuant to Federal Rule of Civil Procedure 81(c)(2), Top Rank is required
13 to file its first responsive pleading, including an answer and/or certain Federal Rule of Civil
14 Procedure 12 motions, if any, on or before February 14, 2022, which is 21 days after service of
15 the complaint and summons;

16       WHEREAS, the Parties agree that resolving a potential motion to remand before Top
17 Rank files an answer and/or certain motions will serve the interests of judicial economy by
18 ensuring that the Parties understand in which forum this case will be litigated;

19       WHEREAS, if a remand motion is filed and granted, pursuant to Nevada Rule of Civil
20 Procedure 81(c), Top Rank would have 14 days after service of written notice of entry of the
21 remand order to move or plead as it might have done had the action not been removed;

22       WHEREAS, Rule 6(b)(1) of the Federal Rules of Civil Procedure permits this Court, for
23 good cause, to grant reasonable extensions of deadlines;

24       WHEREAS, this is the first stipulation for extension of time to file motions;

25       WHEREAS, judicial economy is good cause for granting extensions of any deadlines for
26 Top Rank to file its first responsive pleading; and

27       WHEREAS, this Court has not previously granted an extension of time;

28       In accordance with Rule 6(b)(1) of the Federal Rules of Civil Procedure,



IT IS HEREBY STIPULATED by and between the Parties and through their respective counsel as follows: Top Rank's deadline to respond to the complaint, file counterclaims, file motions pursuant to Federal Rule of Civil Procedure 12, and to file any special motions to dismiss pursuant to Nevada's Anti-SLAPP statute ("Deadlines") shall be extended to February 28, 2022, unless Crawford files a motion to remand the case to state court, in which case Top Rank's Deadlines shall be 14 days after entry of an order denying a motion for remand. Alternatively, in the event Crawford files a motion to remand the case to state court and an order is entered granting the motion for remand, Top Rank's Deadlines shall be subject to the applicable procedural rules and orders of the state court in the remanded proceeding.

Dated this 11th day of February 2022.                    Dated this 11th day of February 2022.

/s/Hector J. Carbajal II                                 /s/Jamie L. Zimmerman
FREEDMAN + TAITELMAN, LLP                                O'MELVENY & MYERS LLP
Bryan J. Freedman, Esq., CA Bar No. 151990*              Daniel M. Petrocelli, CA Bar No. 97802*
BFreedman@ftllp.com                                      dpetrocelli@omm.com
Brian E. Turnauer, Esq., CA Bar No. 214768*              David Marroso, CA Bar No. 211655*
BTurnauer@ftllp.com                                      dmarroso@omm.com
1801 Century Park West, 5th Floor                        Joseph Guzman, CA Bar No. 310493*
Los Angeles, CA 90067                                    jguzman@omm.com
Phone 310-201-0005                                       1999 Avenue of the Stars, 8th Floor
*Admitted pro hac vice                                   Los Angeles, CA 90067
                                                         Phone 310-553-6700
CARBAJAL LAW                                             *Admitted pro hac vice
Hector J. Carbajal II, NV Bar No. 6247
hector@claw.vegas                                        HONE LAW
10001 Park Run Drive                                     Eric D. Hone, NV Bar No. 8499
Las Vegas, Nevada 89145                                  ehone@hone.law
Phone 702-846-0040                                       Jamie L. Zimmerman, NV Bar No. 11749
                                                         jzimmerman@hone.law
*Attorneys for Plaintiff Terence Crawford*               701 N. Green Valley Parkway, Suite 200
                                                         Henderson, NV 89074
                                                         Phone  702-608-3720

                                                         *Attorneys for Defendant Top Rank, Inc.*

                              IT IS SO ORDERED:

                              [signature]
                              UNITED STATES MAGISTRATE JUDGE

                              DATED: February 11, 2022