**O'MELVENY & MYERS LLP**
Daniel M. Petrocelli, CA Bar No. 97802*
dpetrocelli@omm.com
David Marroso, CA Bar No. 211655*
dmarroso@omm.com
Joseph Guzman, CA Bar No. 310493*
jguzman@omm.com
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067
Phone   310 553-6700
Fax      310 246-6779
*Admitted pro hac vice

**HONE LAW**
Eric D. Hone, NV Bar No. 8499
ehone@hone.law
Jamie L. Zimmerman, NV Bar No. 11749
jzimmerman@hone.law
701 N. Green Valley Parkway, Suite 200
Henderson, NV 89074
Phone   702-608-3720
Fax      702-703-1063

*Attorneys for Defendant Top Rank, Inc.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERENCE CRAWFORD, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> TOP RANK, INC., a Nevada corporation; and Does 1 through 20, inclusive, <br><br> Defendants. | Case No. 2:22-cv-00081-APG-EJY <br><br> **JOINT STATUS REPORT CONCERNING REMOVAL** |

Plaintiff Terence Crawford ("Crawford") and Defendant Top Rank, Inc. ("Top Rank") (collectively referred to as the "Parties"), by and through their undersigned counsel, respectfully submit this Joint Status Report Concerning Removal pursuant to the Court's January 18, 2022 Minutes of the Court [ECF No. 4].

1.   Top Rank filed a Petition of Removal on January 15, 2022 [ECF No. 1].

2.   On January 18, 2022, the Court entered Minutes of the Court [ECF No. 4] requiring Top Rank to file a statement regarding removal and serve the Minutes of the Court on

all parties within 15 days, as well as requiring the parties to file a status report concerning removal within 30 days.

3. On February 2, 2022, Top Rank filed its Statement Regarding Removal [ECF No. 14].

4. Also on February 2, 2022, Top Rank filed a Certificate of Service for Minutes of the Court [ECF No. 13].

5. On February 11, 2022, the Parties filed a Stipulation and [Proposed] Order to Extend the Time for Top Rank, Inc. to Respond to Complaint, File Counterclaims, File Motions Pursuant to Federal Rule of Civil Procedure 12, and File Any Special Motions to Dismiss Pursuant to Nevada's Anti-SLAPP Statute (the "Stipulation") [ECF No. 19.]

6. The Court entered its Order granting the Stipulation (the "Stipulation and Order") [ECF No. 20] on February 11, 2022.

7. On February 14, 2022, Crawford filed a Motion for Remand [ECF No. 21]. Top Rank's response is due by February 28, 2022, and Crawford's reply is due by March 7, 2022.

8. Pursuant to the Stipulation and Order, Top Rank's deadline to respond to Crawford's complaint, file counterclaims, file motions pursuant to Federal Rule of Civil Procedure 12, and to file any special motions to dismiss pursuant to Nevada's Anti-SLAPP Statute are extended to 14 days after entry of an order by the Court concerning the Motion to Remand. *See* ECF No. 20, p. 3.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /



9. The parties respectfully submit that no further action is required by the Court until briefing on the Motion to Remand is completed.

Dated this 17th day of February 2022.                        Dated this 17th day of February 2022.

*/s/ Hector J. Carbajal II*                                                    */s/ Jamie L. Zimmerman*
FREEDMAN + TAITELMAN, LLP                            O'MELVENY & MYERS LLP
Bryan J. Freedman, Esq., CA Bar No. 151990*    Daniel M. Petrocelli, CA Bar No. 97802*
BFreedman@ftllp.com                                              dpetrocelli@omm.com
Brian E. Turnauer, Esq., CA Bar No. 214768*    David Marroso, CA Bar No. 211655*
BTurnauer@ftllp.com                                               dmarroso@omm.com
1801 Century Park West, 5th Floor                      Joseph Guzman, CA Bar No. 310493*
Los Angeles, CA 90067                                           jguzman@omm.com
Phone 310-201-0005                                              1999 Avenue of the Stars, 8th Floor
*Admitted pro hac vice                                           Los Angeles, CA 90067
                                                                              Phone 310-553-6700
CARBAJAL LAW                                                    *Admitted pro hac vice
Hector J. Carbajal II, NV Bar No. 6247
hector@claw.vegas                                                HONE LAW
10001 Park Run Drive                                           Eric D. Hone, NV Bar No. 8499
Las Vegas, Nevada 89145                                    ehone@hone.law
Phone 702-846-0040                                           Jamie L. Zimmerman, NV Bar No. 11749
                                                                              jzimmerman@hone.law
*Attorneys for Plaintiff Terence Crawford*             701 N. Green Valley Parkway, Suite 200
                                                                              Henderson, NV 89074
                                                                              Phone  702-608-3720

                                                                              *Attorneys for Defendant Top Rank, Inc.*

